IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LORI ANN CRAVEN | § | |
| | § | |
| VS. | § | ACTION NO. 4:18-CV-008-Y |
| | § | |
| NANCY A. BERRYHILL, Acting | § | |
| Commissioner of Social Security | § | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

On September 11, 2018, the United States magistrate judge issued his proposed findings, conclusions, and recommendation in the above-styled and -numbered cause. The magistrate judge gave all parties until September 25, 2018, to serve and file with the Court written objections to his proposed findings, conclusions, and recommendation. No written objections have been received from either party. See *Douglass v. United Servs. Auto. Assoc.*, 79 F.3d 1415, 1428-29 (5th Cir. 1996). As a result, in accordance with 28 U.S.C. § 636(b)(1), de novo review is not required. Nevertheless, the Court has reviewed the magistrate judge's findings, conclusions, and recommendation for plain error and has found none.

Thus, after consideration of this matter, the Court concludes that the findings and conclusions of the magistrate judge should be and are hereby ADOPTED as the findings and conclusions of this Court. It is, therefore, ORDERED that the commissioner's decision is AFFIRMED.

SIGNED September 27, 2018.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE